REBECCA DAVIS, appellant,

*v.*

JAMES COMBS, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Davis* v. *Combs, 11 Stew. Eq. 473*.

*Mr. M. H. Stratton,* for appellant.

Gardner's Executor *v.* Gardner.

*Mr. Wm. H. Potter,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the ordinary.